No. 92–6449. DAVIS v. RUNYON, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 9, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), I would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 92–6957. IN RE VALENTINE; and
No. 92–7026. IN RE FLEMING. Petitions for writs of habeas corpus denied.

No. 92–6681. IN RE SMITH;
No. 92–6694. IN RE SPRADLEY;
No. 92–6716. IN RE BAUER; and
No. 92–6816. IN RE STARLING. Petitions for writs of mandamus denied.

No. 91–1794. WALKER v. ANDERSON ELECTRICAL CONNECTORS. C. A. 11th Cir. Certiorari denied.

No. 92–612. MACKIN ET AL. v. CITY OF BOSTON ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–663. BOARD OF TRUSTEES OF KNOX COUNTY (INDIANA) HOSPITAL, DBA GOOD SAMARITAN HOSPITAL v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 92–699. FISHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–706. YAMAHA CORPORATION OF AMERICA v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.